UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 16-14399-BKC-RAM

In re:

LLOYD E. MCCLINTON,

     Debtor.

_____/

## SUPPLEMENTAL APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR

Applicant, Jordan E. Bublick (collectively, the "Applicant") was retained by the debtor Neville M. Walters (he "Debtor") to serve in this bankruptcy case as attorney for the Debtor. A copy of the retainer agreement is attached as Exhibit "A". Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", Applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

| | | |
|---|---|---|
| Fees per Services from 6/26/17 to 8/22/17 | $ | 694.90* |
| Total Expenses to be Reimbursed: | $ | 155.10 |
| | | |
| Total Fees and Expenses Requested: | $ | 850.00 |
| Amount Received To-date: | $ | 0.00 |
| Exclusive of filing | | |
| Amount to be Paid through Plan: | $ | 850.00 |

*voluntarily reduced from $1,487.50 per the attached time records

    1. The amount requested, if allowed, will be paid under the chapter 13 plan.

To Date

    2.  A detailed itemization of the services and expensed rendered to date together with the estimated time through confirmation of the plan and corresponding time entries is attached as Exhibit "B." Services related to motion to modified chapter 13 plan and modified chapter 13 plans.

Estimated Time and Expenses to Complete Chapter 13 Case

    3.  The following includes a statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred: n/a

    4.  This case has required a substantial amount of time and labor as set forth in the time records attached hereto by category of services.  These amounts are commensurate to the nature and value of the issues addressed.

    5.  Compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases in chapter 13 and in non-bankruptcy cases.

    6.  The time spent on the case was necessary to represent the interests of the Debtor in connection with this case and were beneficial and necessary.

    7.  The source of compensation previously paid to applicant was the debtor.

    8.  Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm. (If such sharing arrangement exists, it should be disclosed in this paragraph.)

Dated: October 25, 2017

JORDAN E. BUBLICK, P.A.

/s/ Jordan E. Bublick
Jordan E. Bublick (Fla. Bar No. 381624)
1801 N.E. 123rd St., Suite 314
P.O. Box 545941
North Miami, FL 33154-5941
Telephone: (305) 891-4055
Fax: (305) 503-7231
Email: jbublick@bublicklaw.com

*Attorney for the Debtor(s)*

ba50.72

LAW OFFICES
# JORDAN E. BUBLICK, P.A.
PRACTICE LIMITED TO BANKRUPTCY LAW

———

ESTABLISHED 1986

WWW.BUBLICKLAW.COM
jbublick@bublicklaw.com

**NORTH IAMI OFFICE:**
1801 N.E. 123ʳᴰ ST., SUITE 314
NORTH MIAMI, FLORIDA 33181
Tel: (305) 891-4055
Fax: (305) 503-7231

## CHAPTER 13 BANKRUPTCY LEGAL REPRESENTATION AGREEMENT

Estimated Chapter 13 Bankruptcy Minimum Fee and Costs   $5,~~800.00~~ **3650**
**Actual fees and costs to be determined by Court based on below hourly rates and time and costs expended)**

| | | |
|---|---|---|
| Mortgage Modification Mediation | ~~$2,600.00~~ | |
| Valuation, avoidance lien, personal property | ~~523.00~~ | |
| Valuation, avoidance second mortgage | ~~775.00~~ | |
| Valuation, avoidance association lien | ~~775.00~~ | |
| | | |
| Filing Fee | $   310.00 | ✓ |
| CCCS Course | 50.00 | ✓ |
| Mortgage Modification Mediation costs | ~~00.00~~ | |
| Title Report | 40.00 | ✓ |
| Certified copies and recorder's fees for 506 order (each) | ~~39.50~~ | |
| Credit Report | ~~15.00~~ **30** | |
| | | |
| Total | $   **4080** | |

Payment Prior to
Filing of
Bankruptcy $ **1500**

Estimated Balance to be Paid
as Part of Chapter ~~13~~ **2580**
Plan Payments $

## Calculation of Fees and Costs

The above are the **estimated** legal fees and costs in this case. Other costs may include title reports, clerk's recording fees, postage and photocopying The legal fees and costs will be more if counsel files a fee and cost application with the Court in which case the fees will be based on the hours expended at the hourly rate of $450.00 per hour for Jordan E. Bublick, $250.00 per hour for associate attorneys, and $125.00 per hour for paraprofessionals. The firm's hourly rates may be increased periodically.

The balance of the legal fees and costs will be paid as an administrative priority expense over the first few months of the chapter 13 plan. Unless an application is made to the court, the fee for pursuing or defending a motion, including motions to modify plan, motion for hardship discharge, motion to purchase, sell or refinance property, motion to rehear, vacate dismissal, shorten prejudice period or reinstate case, motion to avoid lien, and a motion to value personal property will be $500.00 plus costs of $25.00 and the fee to value real property will be $750.00 plus costs of $25.00.

In the event that the case is dismissed or converted prior to confirmation, the balance of the legal fees and expenses shall be paid out of the funds that the chapter 13 trustee is holding. Without separate application to the court, Jordan E. Bublick, P.A. may request and receive fees from funds paid to the chapter 13 trustee up to $2,500.00 including any fees previously paid.

Legal fees are deemed earned upon receipt and no ref[__] the event that counsel is released by the Court from the representation of [__] l shall be entitled to the fees and costs earned up until that time.

**EXHIBIT**

**A**

## Scope of Representation

The legal fees and costs for a chapter 7 or 11 case are not included.  Jordan E. Bublick, P.A. has not been retained for any services relating to the tax consequences of this case, status of real estate title, any adversary proceedings, any state court cases, or any other matters whatsoever. The attorney has been retained to represent the client and no other persons or entities.

## Other Provisions

Client(s) has been advised that all property of all types and wherever located must be disclosed in the bankruptcy schedules, that claims or lawsuits against others whether they have been filed in court or not (such as personal injury and employment cases) must be disclosed at the time of the filing of the case and after filing through the end of the bankruptcy case, and that the failure to do so may result in the client being totally barred or estopped from bringing the claim or lawsuit.

Client(s) agrees to keep the attorney informed about changes in material facts, including changes in income and expense and to assist the attorney in the representation. Client(s) also agrees to keep the attorney informed of his address and telephone number. Client(s) understands that the attorney may be obligated to withdraw his representation in certain circumstances such as conflicts or the failure of the client to assist in the representation.

On occasions an associate of Jordan E. Bublick, P.A. may represent client(s) at a hearing.

I have reviewed the above fees and terms and they are understood and agreed to.

CLIENT(S):

ATTORNEY:

Jordan E. Bublick, P.A.
By: Jordan E. Bublick

Dated: March 29, 2016

ba50.79

12/29/15

Jordan E. Bublick, P.A.
1801 N.E. 123rd St., Suite 314
P.O. Box 545941
North Miami, FL 33154

## Client: Mc Clinton, Lloyd    Account: Chapter 13 Bankruptcy
## HOURLY BILLING REPORT BY PROJECT
## Report Period: All Dates

### Modify Chapter 13 Plan

| Date | Project | Timekeeper | Rate | Hours | Charge |
|------|---------|-----------|------|-------|--------|
| 6/26/2017 | Modify Chapter 13 Plan<br>review trustee notice of delinquency | Jordan E. Bublick | $425.00 | 0.10 | $42.50 |
| 7/9/2017 | Modify Chapter 13 Plan<br>draft motion modify plan | Jordan E. Bublick | $425.00 | 0.20 | $85.00 |
| 7/9/2017 | Modify Chapter 13 Plan<br>draft first modified chapter 13 plan, several secured creditors | Jordan E. Bublick | $425.00 | 1.20 | $510.00 |
| 8/10/2017 | Modify Chapter 13 Plan<br>draft second modified chapter 13 plan | Jordan E. Bublick | $425.00 | 0.40 | $170.00 |
| 8/15/2017 | Modify Chapter 13 Plan<br>court appearance motion modify | Jordan E. Bublick | $425.00 | 0.10 | $42.50 |
| 9/1/2017 | Modify Chapter 13 Plan<br>draft third modified chapter 13 plan | Jordan E. Bublick | $425.00 | 0.40 | $170.00 |
| 9/19/2017 | Modify Chapter 13 Plan<br>court appearance cont hearing mtn mod | Jordan E. Bublick | $425.00 | 0.20 | $85.00 |
| 10/16/2017 | Modify Chapter 13 Plan<br>draft fourth modified chapter 13 plan, adj for payments | Jordan E. Bublick | $425.00 | 0.50 | $212.50 |
| 10/17/2017 | Modify Chapter 13 Plan<br>court appearance mtn mod | Jordan E. Bublick | $425.00 | 0.20 | $85.00 |
| 11/14/2017 | Modify Chapter 13 Plan<br>est court appearance mtn mod | Jordan E. Bublick | $425.00 | 0.20 | $85.00 |

|  | Total<br>Hours | Total<br>Charges |
|--|------|--------|
|  | 3.50 | $1,487.50 |



EXHIBIT

B

Jordan E. Bublick, P.A.
1801 N.E. 123rd St., Suite 314
P.O. Box 545941
North Miami, FL 33154

**Client: Mc Clinton, Lloyd    Account: Chapter 13 Bankruptcy**
**EXPENSE REPORT BY DATE**
**Report Period: All Dates**

| Date | Description | Amount |
|------|-------------|--------|
| 8/10/2017 | postage - serve 2mp (30 @ $0.47) | $14.10 |
| 8/10/2017 | copies serve 2mp (60 @ $0.15) | $9.00 |
| 9/1/2017 | postage serve 3mp (30 @ $0.49) | $14.70 |
| 9/1/2017 | copies (60 @ $0.15) | $9.00 |
| 9/19/2017 | postage serve mtn mod, notice con (30 @ $0.70) | $21.00 |
| 9/19/2017 | copies serve (120 @ $0.15) | $18.00 |
| 9/27/2017 | postage serve notice (30 @ $0.47) | $14.10 |
| 9/27/2017 | copies serve notice (60 @ $0.15) | $9.00 |
| 10/16/2017 | postage serve 4mp (30 @ $0.47) | $14.10 |
| 10/16/2017 | copies serve 4mp (60 @ $0.15) | $9.00 |
| 10/24/2017 | postage notice (30 @ $0.47) | $14.10 |
| 10/24/2017 | copies serve notice (60 @ $0.15) | $9.00 |
| | **Total:** | **$155.10** |